IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | No. 10-29 |
| KENNETH SCHNEIDER | : | |

## ORDER

AND NOW, this 21st day of September, 2011, it is ORDERED Defendant Kenneth Schneider's Post-Trial Motion (Document 158) is GRANTED in part and DENIED in part.

Schneider's motion for judgment of acquittal as to Count II of the Indictment is GRANTED.[1] Schneider's conviction on Count II of the Indictment is VACATED.

The motion is otherwise DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] If this judgment of acquittal is later vacated or reversed, this Court will not grant a motion for a new trial for the reasons set forth in the accompanying memorandum of law. *See* Fed. R. Crim. P. 29(d)(1).