IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | No. 10-29 |
| KENNETH SCHNEIDER | : | |

**ORDER**

AND NOW, this 15th day of February, 2013, it is ORDERED Defendant Kenneth Schneider's Motion for a New Trial Based on Newly Discovered Evidence (Document 247) is DENIED.

BY THE COURT:

　/s/ Juan R. Sánchez
Juan R. Sánchez, J.